## RECONSIDERATION OF PRIOR DECISIONS

**2000–2299 and 2001–0203.  Manigault v. Ford Motor Co.**
Cuyahoga App. No. 73147. Reported at 96 Ohio St.3d 431, 2002-Ohio-5057, 775 N.E.2d 824. On motion for reconsideration. Motion denied.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**2001–0099.  State v. Walls.**
Butler App. No. CA99–10–174. Reported at 96 Ohio St.3d 437, 2002-Ohio-5059, 775 N.E.2d 829. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

**2001–1303.  Wiles v. Medina Auto Parts.**
Medina App. No. 3131–M. Reported at 96 Ohio St.3d 240, 2002-Ohio-3994, 773 N.E.2d 526. On motion for reconsideration of amici curiae Ohio Employment Lawyers Association, Ohio Academy of Trial Lawyers, et al. Motion denied.

DOUGLAS and F.E. SWEENEY, JJ., dissent.

**2001–1807.  Luckenbill v. Hamilton Mut. Ins. Co.**
Darke App. No. 1524, 2001-Ohio-1465. Reported at 96 Ohio St.3d 1507, 2002-Ohio-4986, 775 N.E.2d 851. On amended motion for reconsideration. Motion denied.

DOUGLAS, J., dissents.

**2002–1012.  In re Testamentary Trust of Hamm.**
Geauga App. Nos. 2001–G–2363 and 2001–G–2366, 2002-Ohio-2106. Reported at 96 Ohio St.3d 1512, 2002-Ohio-4950, 775 N.E.2d 855. On motion for reconsideration and motion for sanctions for frivolous action and award of attorney fees. Motions denied.

**2002–1065.  Siuda v. Howard.**
Hamilton App. Nos. C–000656 and C–000687, 2002-Ohio-2292. Reported at 96 Ohio St.3d 1514, 2002-Ohio-4950, 775 N.E.2d 856. On motion for reconsideration of David G. Howard, M.D., and Tri–State Eye Care, Inc., and on motion to strike David G. Howard, M.D., and Tri–State Care, Inc.'s motion for reconsideration. Motions denied.

RESNICK and F.E. SWEENEY, JJ., dissent.

**2002–1068.  Byrd v. Mickens–Byrd.**
Franklin App. No. 01AP–946, 2002-Ohio-2579. Reported at 96 Ohio St.3d 1514, 2002-Ohio-4950, 775 N.E.2d 856. On motion for reconsideration. Motion denied.

**2002–1153.  Augustiniak v. Toledo Hosp.**
Lucas App. No. L–01–1437. Reported at 96 Ohio St.3d 1523, 2002-Ohio-5099, 775 N.E.2d 863. On motion for reconsideration. Motion denied.

**2002–1163.  State v. Karasek.**
Montgomery App. Nos. 17408 and 17563, 2002-Ohio-2616. Reported at 96 Ohio St.3d 1516, 2002-Ohio-4950, 775 N.E.2d 857. On motion for reconsideration. Motion denied.

**2002–1214.  State v. Davis.**
Mahoning App. No. 01CA171, 2002-Ohio-2789. Reported at 96 Ohio St.3d 1516, 2002-Ohio-4950, 775 N.E.2d 857. On motion for reconsideration. Motion denied.

**2002–1217.  State v. Reynolds.**
Putnam App. No. 12–01–11, 2002-Ohio-2823. Reported at 96 Ohio St.3d 1524, 2002-Ohio-5099, 775 N.E.2d 864. On motion for reconsideration. Motion denied.

**2002–1256.  Cho v. Bowns.**
Hamilton App. No. C–010513. Reported at 96 Ohio St.3d 1525, 2002-Ohio-5099, 775 N.E.2d 864. On motion for reconsideration. Motion denied.

F.E. SWEENEY, J., dissents.